IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MARCUS LAMAR BROWN,** : | | |
| Petitioner, : | | |
| : | | |
| v. : | Case No. 5:24-cv-65-MTT-CHW | |
| : | | |
| **Commissioner TYRONE OLIVER** : | Proceedings Under 28 U.S.C. § 2254 | |
| Respondent. : | Before the U.S. Magistrate Judge | |
| : | | |

## ORDER

Intervening Respondent[1] Tyrone Oliver, the Commissioner of the Georgia Department of Corrections, has filed a Motion to Dismiss, asserting that the above-styled habeas corpus case should be dismissed as untimely. (Doc. 9). Because Petitioner Marcus Brown is proceeding *pro se*, the Court deems it appropriate and necessary to advise Petitioner of his obligation to respond to the motion, and of the consequences he may suffer if he fails to file a proper response.

Therefore, Petitioner is advised:

(1) that a motion to dismiss has been filed by Respondent;

(2) that Petitioner has the right to oppose the granting of the motion; and

(3) that if Petitioner fails to oppose the motion, his petition may be DISMISSED.

Petitioner also is advised that under the procedures and policies of this Court, motions to dismiss generally are decided on the briefs. That is, the Court considers the written pleadings filed by the parties in deciding whether a dismissal is appropriate under the law. The failure of Petitioner to respond, in writing, to the Motion to Dismiss may result in the granting of that motion without a hearing or any further proceedings.

---

[1] Department of Corrections Commissioner Tyrone Oliver's motion to intervene as a party respondent (Doc. 7) is **GRANTED**.

1

Accordingly, Petitioner is hereby **ORDERED AND DIRECTED** to file a written response to Respondent's Motion to Dismiss ON OR BEFORE July 19, 2024. Thereafter, the Court will consider the motion and any opposition to it filed by Petitioner. If no written response is submitted by Petitioner, the Court will consider the motion to be uncontested.

**SO ORDERED**, this 20th day of June, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge