IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARCUS LAMAR BROWN,     *

          Petitioner,     *

v.     Case No. 5:24-CV-65 (MTT)

    *

Commissioner TYRONE OLIVER,

    *

          Respondent.

    *

## **J U D G M E N T**

Pursuant to this Court's Order dated 12/9/2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action with prejudice.

This 10th day of December, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk